

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MARTA ACEVEDO, | § | No. 08-15-00350-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D05736) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Motion to Postpone the February 9, 2017

submission and oral argument setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 25th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.